ANDREA T. MARTINEZ, United States Attorney (#9313)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
STEWART M. YOUNG, Assistant United States Attorney (#14377)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: stewart.young@usdoj.gov

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00277 DBP |
| Plaintiff, | **SEALED** COMPLAINT |
| vs. | COUNT 1: Possession of Methamphetamine with Intent to Distribute (21 U.S.C. § 841(a)(1)) |
| CHADWICK SUTTON, | |
| Defendants. | Judge Dustin B. Pead |

Before Dustin B. Pead, United States Magistrate Judge for the District of Utah, appears

the undersigned, who on oath deposes and says:

## COUNT 1
### 21 U.S.C. §§ 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about April 21, 2022, in the District of Utah,

CHADWICK SUTTON,

the defendant herein, did knowingly and intentionally possess with intent to distribute five

hundred (500) grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812;

all in violation of 21 U.S.C. §§ 841(a)(1) and punishable pursuant to 21 U.S.C. §841(b)(1)(A).

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, Jerry Valdez, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. Your affiant is a Task Force Office with the United States Marshal's Service (USMS) and a Detective with the Salt Lake County Unified Police Department's Metro Gang Unit (MGU). He has been employed by the Salt Lake County Sheriff's Department since 2016. Your affiant is currently assigned to MGU and is tasked with investigating street gangs and drug trafficking. As a TFO with USMS and a Detective with MGU, your affiant has participated in many investigations involving drug trafficking activities in violations of 21 U.S.C. §§ 841 and 846, along with other violations of federal law, including 18 U.S.C. §§ 922(g) and 924(c). Additionally, your affiant has participated in investigations that involve sophisticated electronic surveillance methods to include GPS vehicle trackers, pen register/trap and trace devices, and court authorized Title III wire intercepts. Your affiant is also familiar with the appearance, packaging, common usage and terminology regarding controlled substances through your affiant's training, experience, and observation. Your affiant is familiar with how drugs are distributed on the street level, all the way from retail distribution to wholesale distribution. Your affiant is familiar with the facts and circumstances alleged in this complaint.

## Traffic Stop on April 21, 2022

2. On or about April 21, 2022, your affiant conducted a traffic stop (expired registration, no insurance) on a white Mercedes Benz SUV (Utah plates) after it pulled into a parking lot in the area of 3000 South and Highland Drive. As your affiant circled the block to come back to conduct the stop, the male passenger, subsequently identified as Chadwick Sutton, was sitting in the rear seat with the door open. I conducted a records check on the occupants of the

vehicle and found that Sutton had several outstanding no-bail state warrants for distribution of controlled substances and firearms offenses. Your Affiant then took Sutton into custody and located a controlled substance on his person. Your affiant informed Sutton he would be transported to jail on his outstanding warrants and if there was anything else in the vehicle that was his, because the vehicle would be towed. Sutton stated the backpack in the back seat where he was sitting was his personal belongings. Your affiant took possession of the backpack and began to transport Sutton to Salt Lake County Jail to be booked on his warrants. As your affiant was enroute he was informed by assisting officers that a firearm was also located in the car behind the back seat in the SUV, which is where Sutton had been close to in the vehicle.

3.      Post-Miranda, Sutton agreed to speak with your affiant after informing him about the firearm that agents had recovered in the car. Sutton stated the firearm was his and that he traded narcotics and cash for the firearm. Sutton stated there was over one pound of methamphetamine in his backpack, along with heroin and blue fentanyl pills. Your affiant booked Sutton on his outstanding state warrants, and then assisted detectives while they booked all the evidence.

4.      Agents recovered narcotics in the backpack that Sutton stated was his property. The evidence was later transported to the Unified Police Department Property and Evidence, where it was photographed, packaged, and weighed.  The methamphetamine evidence in the backpack weighed 660 grams and presumptively tested positive for methamphetamine.  Other evidence recovered in the backpack included heroin (9.0 grams), pills with fentanyl (approximately 40 pills) and cocaine (13.8 grams).  The pills appeared to be ready for distribution, as they were in ten pill increments in small baggies.  Agents then transported the narcotic evidence and booked it into the Unified Police Property and Evidence Crime Lab for storage.  The firearm recovered at the scene, a Canik 9MM TP9SF, was also booked into Unified Police Property and Evidence for storage.

5.      The amounts of narcotics possessed by Sutton, as well as the baggies that he possessed with those drugs, are consistent with distribution as opposed to personal use.  Based on the foregoing information, your affiant respectfully requests an arrest warrant be issued for Sutton for violations of 21 U.S.C. §841(a)(1), Possession of Methamphetamine with Intent to Distribute.

Jerry Valdez
Task Force Officer
United States Marshal's Service

SUBSCRIBED AND SWORN TO BEFORE ME this 22 day of April 2022.

Judge Dustin B. Pead
United States Magistrate Judge

APPROVED AS TO FORM:

ANDREA T. MARTINEZ
United States Attorney

/s/ *Stewart M. Young*

_____
Jamie Z. Thomas
Stephen L. Nelson
Stewart M. Young
Assistant United States Attorneys